UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. C-08-571(01) |
| ENRIQUE ZAMORANO | § | |

## ORDER GRANTING AGREED MOTION FOR CONTINUANCE

Before the Court's consideration is Defendant's Agreed Motion For continuance of the Pretrial conference currently set in this case for January 18, 2011.

As both parties have agreed to this request, the Court therefore, GRANTS the motion for continuance and further finds that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of the continuance outweigh the best interests of the public and these defendants in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference at 9:00 a.m. on the 22nd day of February, 2011. The Court will send a separate notice for jury selection and trial should that become necessary.

SIGNED this 14th day of January, 2011.

JOHN D. RAINEY
SENIOR UNITED STATES DISTRICT JUDGE